United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

_10_ CV _1358_

1) indicated that this case is related to the following case(s):

_08-CV-3041_
_(SPATT)_

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____.